# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOSE RIVERA,

    Plaintiff,

v.                               Case No.: 3:19-cv-00623-BJD-PDB

RENTGROW, INC.,
and
BACKGROUNDCHECKS.COM, LLC,

    Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, JOSE RIVERA, by Counsel, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses his claims against Defendant RentGrow, Inc. This dismissal is without prejudice, and shall have no effect on Plaintiff's claims against Defendant Backgroundchecks.com, LLC.

Respectfully submitted,
**JOSE RIVERA**

By:    */s/Craig C. Marchiando*
Craig C. Marchiando
Florida Bar No. 1010769
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: craig@clalegal.com

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby cerfify that on this 6th day of August, I caused a true and correct copy of the foregoing document to be filed using the Clerk of Court's CM/ECF system, which then sent a notice of electronic filing to all Counsel of Record.

                                                                    */s/Craig C. Marchiando*
                                            Craig C. Marchiando
                                            Florida Bar No. 1010769
                                            **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                            763 J. Clyde Morris Blvd., Suite 1-A
                                            Newport News, VA 23601
                                            Tel: (757) 930-3660
                                            Fax: (757) 930-3662
                                            Email: craig@clalegal.com