# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JOSE RIVERA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Case No.: 3:19-cv-00623-BJD-PDB |
| | : |
| RENTGROW, INC., | : |
| and | : |
| BACKGROUNDCHECKS.COM, LLC, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

**COMES NOW** the Plaintiff, JOSE RIVERA, by Counsel, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismisses this action. This dismissal is with prejudice, with all Parties to bear their own attorneys' fees and costs.

Respectfully submitted,
**JOSE RIVERA**

By:     */s/ Craig C. Marchiando*
Craig C. Marchiando
Florida Bar No. 1010769
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: craig@clalegal.com

*Counsel for the Plaintiff*

By:     */s/ Cindy Hanson*
Cindy Hanson (*pro hac vice*)
Troutman Sanders
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Direct: 404.885.3830
cindy.hanson@troutman.com

*Counsel for bakcgroundchecks.com*